MILDRED GRANCHELLI, Appellant, v. JOSEPH GRANCHELLI, Respondent.— Order insofar as appealed from modified by providing that the first paragraph of defendant's supplemental answer be stricken out and, as so modified, affirmed, without costs of this appeal to any party, on the ground that the matter stricken out does not constitute a defense. All concur. (Appeal from part of an order granting leave to defendant to serve an amended answer and a supplemental answer in a separation action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

GEORGE S. CORNWALL, as Administrator of the Estate of CARMEL R. CORNWALL, Deceased, Respondent, v. ROBERT L. MILLER, Appellant.— Amended judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $27,500, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party, on the ground that the verdict of the jury is excessive. All concur. (Appeal from an amended judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball and Wheeler, JJ.

■

TIBOR NEMETH, Respondent, v. J. J. BART, Defendant, and SAUL S. SMITH et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action to recover for work, labor and materials furnished.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.